UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SHANNON REEVES

VERSUS                                            CIVIL ACTION

CITY OF NEW ORLEANS/                              NO. 19-CV-10766
NEW ORLEANS POLICE
DEPARTMENT;
RHETT CHARLES;                                    SECTION: "T"(5)
JENERIO SANDERS;
PAUL NOEL;
RANNIE MUSHATT;
WALTER POWERS;
ARLINDA WESTBROOK;
CHRISTOPHER JOHNSON;
RAYMOND BURKART, SR.;
STEPHANIE LANDRY; AND
MICHAEL HARRISON

**ORDER**

Considering the Plaintiff, Shannon Reeves', Motion for Extension of Time to Effect Proper Service, or to Obtain Waiver Thereof,

IT IS ORDERED that the Motion is GRANTED; Plaintiff's time for executing service, or obtaining a waiver thereof, on or from Defendants is extended by sixty (60) days.

New Orleans, Louisiana, this 28th day of ____August____, 2019.

_____
U.S. MAGISTRATE JUDGE