## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANNON REEVES** | * | **CIVIL ACTION** |
| | * | |
| versus | * | **NO. 19-10766** |
| | * | |
| **CITY OF NEW ORLEANS,** *ET AL.* | * | **SECTION "T"** |
| | * | **JUDGE GUIDRY** |
| | * | |
| | * | **MAGISTRATE DIVISION "5"** |
| | * | **MAGISTRATE JUDGE NORTH** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel;

**IT IS HEREBY ORDERED** that Elizabeth S. Robins, Churita H. Hansell, Corwin St. Raymond, Donesia Diane Turner, Isaka R. Williams and Sunni Jones LeBoeuf are hereby permitted to withdraw as counsel of record for Rhett Charles.

**IT IS FURTHER ORDERED** that C. Theodore Alpaugh, III and Claude A. Schlesinger of the law firm of Guste, Barnett, Schlesinger & Alpaugh, L.L.P. be enrolled as counsel of record herein for Rhett Charles.

New Orleans, Louisiana this  4th   day of October, 2019.

_____
**HON. MICHAEL NORTH**
**UNITED STATES MAGISTRATE JUDGE**