EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>461-2017-01099 |
|---|---|---|

Louisiana Commission On Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Shannon T. Reeves | Home Phone (Incl. Area Code)<br>(504) Redacted | Date of Birth<br>1975 |
|---|---|---|

Street Address: Redacted, New Orleans, LA 70128

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>NEW ORLEANS POLICE DEPARTMENT | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(504) 821-2222 |
|---|---|---|

Street Address: 715 South Broad Street, New Orleans, LA 70119

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-30-2016   Latest: 12-21-2017
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with New Orleans Police Department on July 19, 1998, most recently as a Police Officer 4, earning around $55,000.00 per year. While employed I have had ongoing medical conditions which the New Orleans Police Department are aware of. Due to my medical condition, I provided several doctors notes that ~~I~~ *she said I should wear* asked for Reasonable Accommodations. Ms. Stephanie Landry, Deputy Chief, informed me that she would not accommodate my request and ~~that she would provide me with headgear to wear~~. I was never given any type of *headg[ear]* headgear and I was to work in the Florescent lights, not taking into consideration what my Neurologist requested for me. Due to the accommodation not being given, I had to miss more days than usual from work. Around February 2, 2016, while working in APR, Sargent Rhett Charles, Supervisor, came up to my desk and told me, we know each other for a long time, act like I am a friend and not a Supervisor. He then proceeded to ask me "How fat is your pussy?" I told him I did not want to talk about this. He then asked me what my favorite sexual position was and if I had sex while I was on my period. He then told me, since I lived around the corner from him, I could come over, because he took off on days his wife was at work. He then proceeded to tell me he walks around naked and strokes himself. In March 2016, Mr. Charles came up to me and put his arm around me and shakes me. I looked up at him and he was staring down my shirt. He then said, I just wanted to see

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

x 9-14-18   x [signature]
Date     Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS D
(month, day, year)

EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 461-2017-01099 |

Louisiana Commission On Human Rights _the office_ and EEOC
State or local Agency, if any

how my friends are doing (referring to my breasts). In June 2016, I was in ~~the hall~~ at Headquarters with about 10 other officers, Mr. Charles called me into his office and told me that when he looked outside to ~~the hall~~ where I was, all he saw where my titts. He then told me that if I had sex with him, he would first go after my Tits and he could make me ~~numb~~ out by just sucking on my nipples. When he saw that I was leaving he then said bye you all. He said he was referring to me and my breasts. In August 2016, he tapped on his window and called me into the office. When I arrived, he said I just wanted to watch you all walk in (referring to my breasts and me). On November 23, 2016, Officer Troy Williams filed an aggravated battery charge against Mr. Charles. He told Sargent Powers that Mr. Charles was sexually harassing females in the office, including me. Sargent Powers then called me to ask me if I was sexually harassed. I told him I was. Mr. Powers then called PIB This PIB is what got the investigation really started. On December 1, 2016, I went and spoke to Ursula Price about everything that had happened to me with Mr. Charles. She assigned Christopher Johnson to investigate my case. Mr. Johnson came to APR and interviewed everyone. I told him I was sexually harassed. I told him I had an audio recording, which I provided on December 7, 2016. Even though I reported the sexual harassment I was still subjected to the hostile work environment because I had to work with Mr. Charles as my Supervisor still. In January 2017, I wrote a complaint letter about still having to work with Mr. Charles. Mr. Charles was PIB then moved to the 6th District. I followed up with Ms. Arlinda Westbrook, PIB Head Person, when I did not hear anything on my investigation. She informed me that there was no actual Sexual Harassment policy in place. The investigation was finished in April 2017. They created a new Sexual Harassment policy in May 2017. A panel hearing for Mr. Charles was held in November 2017, he was not discharged. He was demoted with the same pay, and is currently still working. He only received 1 day suspension for his actions. My work environment became more hostile, I was told I was lying and all I wanted was to get money. They said I just ADD wanted to get paid for not working. I then had 2 coworkers, who work in ~~ADR~~ tell me they would whip my ass. Quota This was Carolyn Dalton, Officer, and Angela Clemens, Officer. They found out about my taping of Sargent Charles. They kept harassing and yelling at me. I felt threatened. I informed my Supervisor Mr. ~~Kenton~~ of what had happened and he moved me to another floor. In September 2017, I walked up to Major Burkhart, who was reading my medical file, which is a violation of HIPPA. I told him it was illegal for him to be reading my medical file because it was confidential. He then said from what I am reading, I am going to recommend that you get ADE fired. I asked him for mediation and he said ADR does not do mediation. I spoke with Mr. Michael Harrison, Superintendent, and told him I was not getting any help for my issues and my medical condition was getting aggravated due to my treatment. He then told me to go through my chain of command and left. Mr. Burkhart found out I was working a booth at the Jazz Fest, and had me written up for working Jazz Fest during limited duty. I was exonerated because I was off duty and under a tent. I was eventually moved to the front desk to work, with no weapon. This happened around Mardi Gras 2018 time. The front desk is a set schedule, so by them moving me to the front desk, I would not receive any overtime or work on weekends, which affected my pay.

> In April 2014, Darryl Albert (deputy chief) read my medical records / told his girlfriend my confidential information. She then relayed the information to several other employees.

No reason was given by the company for their actions.

I believe that I have been discriminated against because of my sex (Female), sexually harassed, and retaliated against for complaining about sexual harassment in violation of Title VII of the Civil Rights Act of 1964, amended; and discriminated against because of The Americans with Disabilities Act, as amended; in that I was denied reasonable accommodations as requested by my doctors and myself.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X 9-14-18     X [signature]  Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |