EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 461-2018-02385 |

Louisiana Commission On Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shannon T. Reeves | (504) Redacted | 1975 |

| Street Address | City, State and ZIP Code |
|---|---|
| Redacted | New Orleans, LA 70128 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NEW ORLEANS POLICE DEPARTMENT | 500 or More | (504) 658-6800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 715 N. Broad Street, New Orleans, LA 70113 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2018   Latest: 05-22-2018
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):
I began my employment with New Orleans Police Department on July 19, 1998, most recently as a Police Officer 4, earning around $55,000.00 per year. Since I complained about my Supervisor, Sargent Rhett Charles, sexually harassing me and my reasonable accommodation requests not being given, I have had to endure a hostile work environment, intimidations and eventually a discharge. I had to attend five rule 9 hearings, with the final one being my discharge. I had pay issues because paperwork was not submitted to City Hall by Ms. Kim Palmer. The papers where then found in the back of her desk. This would cause me to not get paid for a whole month. When I called for pay and retirement, I found out that my retirement pay has not taken out since 2015. I was also listed as terminated since March 2015. All these issues happened after I filed my complaints against my Supervisor and others. Due to payroll and leave time issues for the last 2 to 3 years, I have lost out on my state pay and leave and sick days. On May 22, 2018, I received a notice about a Rule 9 hearing from the Superintendent, Michael Harrison. During the hearing Major Burkhart was present, 2 Workman Compensation employees, Commander Frick. I asked that Major Burkhart be excused since had previously informed me he was going to get me fired. They did not excuse him. I was read 2 rules, one which dealt with telling the ~~truth~~ truth and the other being unable to perform my job. Then my medical documents was read to everyone. I was asked

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| x 9-14-18      x [signature]<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS<br>(month, day, year) |

EXHIBIT B

rec'd 9/17/18

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 461-2018-02385 |

Louisiana Commission On Human Rights and EEOC
*State or local Agency, if any*

if I knew when I would be returning to work and why my return dates kept being moved back. They then excused themselves to deliberate. Mr. Frick then returned with a typed statement and informed me that I was going to be discharged because I could not perform my job. Workman's Compensation then said their doctor did not agree with my doctors, who I have been seeing for over two years, and I only saw the Compensation doctor once for 1 hour. I have never been counselled on doing my job incorrectly or wrong. I was not given the option to move to another job, or to complete my last two weeks which would have allowed me to retire, but the person I accused of sexually harassing me, could move to another location and complete his time to retire. Once I was discharged on May 22, 2018, Mr. Rhett Charles went online during working hours and commented on how he got me fired.

According to the company, I was discharged because I could not perform my job.

I believe that I have been retaliated against for filing my previous EEOC complaint 461-2017-01099 in violation of Title VII of the Civil Rights Act of 1964, as amended; and in violation of The Americans with Disabilities Act, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. <br><br> I declare under penalty of perjury that the above is true and correct. <br><br> x 9-14-18  x [signature] <br> Date  Charging Party Signature | NOTARY — *When necessary for State and Local Agency Requirements* <br><br> I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> *(month, day, year)* |
|---|---|