UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON REEVES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-10766** |
| **CITY OF NEW ORLEANS, ET AL.** | **SECTION: T(5)** |

## ORDER

The above captioned matter has been referred to the Magistrate Judge.

Accordingly,

**IT IS ORDERED** that the United States District Judge's order (R. Doc. 40) on Defendants' Unopposed Motion to Extend Submission Date on Defendants' Rule 12(B)(6) Motion to Dismiss (R. Doc. 39) is **VACATED.**

**New Orleans, Louisiana**, on this 9th day of January, 2020.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**