Ellyn J. Clevenger
Wendy Manard
1100 Poydras Street
Suite 2601
New Orleans, Louisiana 70163
Ellyn@wmanard.com
Wendy@wmanard.com
(225) 400-5428

Tania Reyes
Federal Investigator
500 Poydras Street
Room 809
New Orleans, LA 70130
By Email Transmission to:
    Tania.Reyes@eeoc.gov
And by Facsimile Transmission to:
    (504) 595-2884

February 15, 2019

        Re.:  Shannon Reeves
              Charge Number **461-2017-01099**
              Charge Number **461-2018-02385**
              **Request for Right to Sue Letter**

Dear Ms. Reyes:

    In the context of the above-referenced charges, it has been over one-hundred and eighty days since filing. I have received no word from your office as to when the investigation(s) of said charges are anticipated to conclude. Accordingly, please accept this letter as my client's formal request for a Right to Sue letter for each of the charges.

    Thank you, and please do not hesitate to contact me with any questions or concerns that you may have.

                      Sincerely,

                      /S/ ELLYN J. CLEVENGER

                      Ellyn J. Clevenger

cc:  Wendy Manard
      Shannon Reeves

**PLAINTIFF'S ATTACHMENT 8**

to Plaintiff's Response to Defendants' 12(b)(6) Motion