UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON REEVES | CIVIL ACTION NO. 19-10766 |
| VERSUS | SECTION "T"<br>JUDGE GUIDRY |
| CITY OF NEW ORLEANS, ET AL. | MAGISTRATE DIVISION 5<br>MAGISTRATE JUDGE NORTH |

**PLAINTIFF, SHANNON REEVES', UNSWORN DECLARATION, MADE PURSUANT TO 28 U.S.C. SECTION 1746**

STATE OF LOUISIANA
PARISH OF ORLEANS

My name is Shannon Reeves; I am the Plaintiff in the above-captioned cause. I have reviewed the document entitled "Plaintiff, Shannon Reeves', Memorandum in Response and Opposition to Defendants' 12(b)(6) Motion to Dismiss. All of the documents attached to the Response are true and correct copies of documents transmitted by myself or my counsel to the EEOC, or received from the EEOC, during the course of investigation of charge numbers 461-2017-01099 and 461-2018-02385, with the exception of the copy of the envelope contained at the last page of Attachment 11, which is a true and correct copy of the envelope in which I received notice of termination of my employment with the New Orleans Police Department.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this __7th__ Day of January, 2020.

_____
SHANNON REEVES

**PLAINTIFF'S ATTACHMENT 10**
TO PLAINTIFF'S RESPONSE TO DEFENDANTS' 12(B)(6) MOTION