UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON REEVES | CIVIL ACTION NO. 19-10766 |
| VERSUS | SECTION "T" |
| | JUDGE GUIDRY |
| CITY OF NEW ORLEANS, ET AL. | |
| | MAG. DIV. (5) |
| | MAGISTRATE JUDGE NORTH |

## ORDER

Considering the foregoing Unopposed Motion to Extend Submission Date on Defendants' Rule 12(B)(6) Motion to Dismiss (Rec. Doc. 27) filed by Defendant, the City of New Orleans and Individual Defendants, Paul Noel, Jenerio Sanders, Stephanie Landry, Christopher Johnson, Walter Powers, Michael Harrison and Arlinda Westbrook; accordingly,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion to Extend Submission Date on Defendants' Rule 12(B)(6) Motion to Dismiss (Rec. Doc. 27) is hereby GRANTED, and that the submission date of Defendants' Rule 12(B)(6) Motion to Dismiss (Rec. Doc. 27) is hereby extended to February 5, 2020, with Plaintiff's opposition being due on January 28, 2020 pursuant to Eastern District Local Rule 7.5.

New Orleans, Louisiana, this 9th  day of January, 2020.

_____

UNITED STATES MAGISTRATE JUDGE

PD.27747015.1