UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON REEVES | CIVIL ACTION |
| VERSUS | NO. 19-10766 |
| NEW ORLEANS CITY, ET AL | SECTION "T" (5) |

**O R D E R**

The Court has been notified that one of the parties to this proceeding is unwilling to proceed to trial before the Magistrate Judge under 28 U.S.C. § 636(c).

Accordingly,

**IT IS ORDERED** that the automatic referral in this case is **VACATED** except for those other pretrial matters so referred under L.R. 72.1.

New Orleans, Louisiana, this 22nd day of January, 2020.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE