## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON REEVES** | **CIVIL ACTION NO. 19-10766** |
| **VERSUS** | **SECTION "T"** |
| | **JUDGE GUIDRY** |
| **CITY OF NEW ORLEANS, ET AL.** | |
| | **MAG. DIV. (5)** |
| | **MAGISTRATE JUDGE NORTH** |

### EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF DEFENDANTS' 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come Defendants, the City of New Orleans, and named Individual Defendants, Paul Noel, Jenerio Sanders, Walter Powers, Michael Harrison, Arlinda Westbrook and Rannie Mushatt (collectively, "Defendants"), who, appearing solely for the purpose of this motion and reserving all rights and defenses and without waiver thereof, respectfully move this Honorable Court to grant them leave to file the attached Reply Memorandum in Further Support of their 12(b)(6) Motion to Dismiss.  The filing of this Memorandum is warranted in order to address the insufficiency of Plaintiff's arguments made in Opposition to Defendants' Motion to Dismiss and will assist the Court in the adjudication of the Motion.

For the foregoing reasons, Defendants respectfully request this Honorable Court grant them leave to file the attached Reply Memorandum in Further Support of their 12(b)(6) Motion to Dismiss.

          Respectfully submitted,

          **PHELPS DUNBAR LLP**

BY:   */s/ Kim M. Boyle*
        KIM M. BOYLE (#18133)
        BRANDON DAVIS (#29823)

        REBECCA SHA (#35317)
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        kim.boyle@phelps.com
        brandon.davis@phelps.com
        rebecca.sha@phelps.com

        **ATTORNEYS FOR DEFENDANTS, THE CITY OF NEW ORLEANS, PAUL NOEL, ARLINDA WESTBROOK, JENERIO SANDERS, WALTER POWERS, RANNIE MUSHATT, AND MICHAEL HARRISON**

- 2 -