UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON REEVES | CIVIL NO: 19-10766 |
| V. | SECTION: T |
| CITY OF NEW ORLEANS, ET AL | MAG:     5 |

## RULE 26(a) DISCLOSURES

Now into court, through his undersigned counsel and individually appears defendant Raymond Burkart, Jr. and pursuant to *Fed. R. Civ. P. 26(a)* required disclosures states:

**Individuals Likely to Have Discoverable Information**

1. Designated representative of the City of New Orleans Police Department- working status, attendance, medical records, Rule 9 Hearings, appointing authority for terminating a police officer, internal investigation regarding Shannon Reeves

2. Designated representative of the Civil Service Commission- Termination rules for failure to maintain standards, appeal process for terminated employees for failing to maintain standards, and Shannon Reeves' appeals when she was terminated

3. Clerk of State of Louisiana Office of Workers Compensation- results of Shannon Reeves appeal from the City of New Orleans denial of workers compensation benefits

4. Workers Compensation Claims Adjustor for City of New Orleans- denial of Shannon Reeves claim

5. Shannon Reeves- facts surrounding her claims

6. Designated representative of Municipal Police Employees Retirement System- Shannon Reeves' contribution to Pension System and withdrawal of funds.

7. Named defendants- facts

8. Derrick Jolly- facts surrounding Shannon Reeves' attendance, assignments, Rule 9 Hearings and recommendations

9. Any Hearing Officer for plaintiff's Rule 9 Hearing- facts surrounding recommendations to Superintendent of Police regarding Shannon Reeves ability to maintain standards of service as a police officer

10. Rhonda Sidney-facts surrounding Shannon Reeves attendance, assignments, and Rule 9 Hearings

11. Stephanie Landry-facts regarding Shannon Reeves' assignments, Rule 9 Hearings and recommendations to the Superintendent, the final policy maker

12. John Thomas-facts regarding Shannon Reeves', assignments, Rule 9 Hearings and recommendations to the Superintendent, the final policy maker

13. Christopher Goodly- facts regarding Shannon Reeves' assignments, Rule 9 Hearings and recommendations to the Superintendent, the final policy maker

14. Derrick Frick-facts regarding Shannon Reeves' assignments, Rule 9 Hearing and recommendation to the deputy superintendent Goodly, and Superintendent, the final policy maker.

15. Ernest Demma-facts regarding alleged repeated requests to defendant for accommodation

16. Any witness listed by any other party.

**Documents in Defendant's Possession and May Be Used to Support Defenses**

All documents to support defendant's defenses are in the custody of the City of New Orleans Police Department, Civil Service Commission for the City of New Orleans, Office of Workers Compensation for the State of Louisiana, Workers Compensation Claims Adjustor for the City of New Orleans, Municipal Police Employees Retirement System.

                                                /s/ Eric J. Hessler_____
                                                Eric J. Hessler
                                                2802 Tulane Ave.
                                                New Orleans, LA 70119
                                                Tel. No. 504.301.9913
                                                Email: hessler.law@gmail.com

                                  Raymond C. Burkart, Jr., Attorney At Law, LLC

                                  By:  /s/ *Raymond C. Burkart, Jr.*\_\_
                                           Raymond C. Burkart, Jr. (#3673)
                                           321 N. Florida # 104
                                           Covington, LA 70433
                                           Tel. # 985.893.3390
                                           Fax # 985.893.3390
                                           Email: burkartr@bellsouth.net
                                                     rcbjratty@yahoo.com

                                  Certificate of Service

I hereby certify a copy of the answer was electronically filed on 02/10/20 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Ellyn J. Clevenger | Brandon E. Davis |
| Sunni LeBeouf | Rebecca Sha |
| Chester T. Alpaugh, III | Kim M. Boyle |
| Claude A. Schlesinger | Wendy E. Manard |

                                                /s/ *Raymond C. Burkart, Jr.*