UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANNON REEVES** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **NO. 19-10766** |
| | * | |
| **CITY OF NEW ORLEANS,** *ET AL.* | * | **SECTION "T"** |
| | * | **JUDGE GUIDRY** |
| | * | |
| | * | **MAGISTRATE DIVISION "5"** |
| | * | **MAGISTRATE JUDGE NORTH** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

**NOW COMES** Defendant, Rhett Charles ("Charles"), and without waiving and expressly maintaining any and all defenses, motions, arguments and objections and arguments, files this Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint and hereby adopts the Memorandum in Support of Defendants' 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint (Record Document No. 78-1) insofar as the arguments therein apply to Defendant Charles.

Defendant Charles supplements Section I, Factual and Procedural Background, in the Memorandum in Support of Defendants' 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint (Record Document No. 78-1) as follows:

At the time of the alleged conduct of Defendant Charles he was a Sergeant with the New Orleans Police Department and the supervisor of Plaintiff Reeves. As set forth in Plaintiff, Shannon Reeves', First Amended Complaint (Record Document No. 63) (hereinafter "Amended Complaint"), all of the allegations against Defendant Charles occurred in 2016 and 2017. Amended Complaint,

¶¶ 18-45.  Charles later received a one day suspension and was demoted from Sergeant to Police Officer in November, 2017.  Amended Complaint, ¶¶ 156-158.  Reeves was subsequently terminated on or about May 23, 2018.  Amended Complaint, ¶ 171.

Reeves did not file her initial Complaint (Record Document No. 1) until May 27, 2019, over a year after she was terminated and years after the alleged acts of Charles.  Subsequently, Charles filed an Invocation of Qualified Immunity, Affirmative Defenses and Answer to Plaintiff's Complaint (Record Document No. 19).  Plaintiff later filed her Amended Complaint (Record Document No. 63).

## CONCLUSION

This civil action should be dismissed in its entirety.  Plaintiff's §1983 claims are time barred and Charles is protected by qualified immunity.  All other claims are also time barred and otherwise have no merit.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-3157
Telephone:     (504) 529-4141
Facsimile:     (504) 561-0326
Email:         cta@gustebarnett.com

**Attorneys for Defendant,**
**RHETT CHARLES**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 17th day of March, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-3157
Telephone:    (504) 529-4141
Facsimile:      (504) 561-0326
Email:           cta@gustebarnett.com

**Attorneys for Defendant,**
**RHETT CHARLES**

S:\CTA CORP CLIENTS\FOP.Charles, Rhett\MMO.dismiss.CTA.03172020.FINAL.wpd