IN RE:   Shannon Reeves (Appellant) v.
        Department of Police (Appointing Authority)

No. 8804 – Civil Service Commission

## MINUTE ENTRY

This matter came before the Commission on September 23, 2019 through the Appointing Authority's Motion to Dismiss Appellant's Appeal for Lack of Prosecution pursuant to Rule II, 4.13 (b). Our Rules provide for dismissal of an appeal when an appellant fails to appear for a scheduled hearing. The Appointing Authority alleges that Appellant failed to appear at the time and location established for Appellant's appeal hearing.

This matter was scheduled for hearing on April 30, 2019 before Brendan Greene, Hearing Examiner. Counsel for the Appointing Authority were present, as well as NOPD witnesses. The Appellant nor counsel for the appellant was present for the hearing. A member of Civil Service staff confirmed that no communication was received from Appellant or her counsel regarding a continuance. A Civil Service staff member also advised that Ms. Clevenger, counsel for Ms. Reeves, called to advise that she did not intend to appear for the hearing. After further discussions, the hearing officer entertained an oral motion to dismiss lodged by, Ms. Elizabeth Robins, counsel for the Appointing Authority.

As a result of the foregoing, the Commission GRANTED the Appointing Authority's Motion to Dismiss Appellant's Appeal.



S. Reeves
#8804

CITY OF NEW ORLEANS CIVIL SERVICE COMMISSION

_____          9/23/2019
MICHELLE D. CRAIG, CHAIRPERSON         DATE

_____          9/23/19
CLIFTON J. MOORE, JR., VICE-CHAIRPERSON   DATE

_____          9/23/19
BRITTNEY RICHARDSON, COMMISSIONER      DATE

_____          9/23/19
JOHN KORN, COMMISSIONER                DATE

EXHIBIT 1

2



# CITY OF NEW ORLEANS

DEPARTMENT OF CITY CIVIL SERVICE
SUITE 900 – 1340 POYDRAS ST.
NEW ORLEANS LA 70112
(504) 658-3500   FAX NO. (504) 658-3598

CITY CIVIL SERVICE COMMISSION

MICHELLE D. CRAIG, CHAIRPERSON
CLIFTON J. MOORE, JR. VICE-CHAIRPERSON
BRITTNEY RICHARDSON
JOHN H. KORN

LISA M. HUDSON
DIRECTOR OF PERSONNEL

LATOYA CANTRELL
MAYOR

Monday, September 23, 2019

Ms. Ellyn J. Clevenger
1100 Poydras, Suite 2600
New Orleans, LA 70163

Re:   Shannon Reeves VS.
      Department of Police
      Docket Number: 8804

Dear Ms. Clevenger:

Attached is the action of the Civil Service Commission at the Commission's meeting on Monday, 9/23/2019.

Yours very truly,

Doddie K. Smith
Chief, Management Services Division

EXHIBIT 1

cc:  Shaun Ferguson
     Elizabeth S. Robins
     Shannon Reeves
     13337 Curran Rd.
     New Orleans LA 70128
     file

"AN EQUAL OPPORTUNITY EMPLOYER"

# ELLYN J. CLEVENGER
ATTORNEY AT LAW

Elizabeth Robbins
City Attorney's Office
1300 Perdido Street
Suite 5E03
New Orleans, Louisiana 70112

September 22, 2019

RE: SHANNON REEVES VERSUS NEW ORLEANS POLICE DEPARTMENT
CS NO. 8804

(DISMISSAL OF ADMINISTRATIVE APPEAL)

Ms. Robins:

With reference to the above cause, as you know, my client has filed suit in federal court. Because she exhausted her administrative remedies through her filing with the Equal Employment Opportunity Commission, and the claims in the above-referenced cause are now subsumed by her federal suit, we have no objection to dismissal of the case. I had also informed the Civil Service Commission of such position prior to the April 30 hearing date.

I am sending this letter in response to the motion I received by email on Wednesday, informing that a motion had been filed and is on the docket at some point on Monday. It is unfortunate that we did not have a chance to speak prior to your filing the motion; I feel that we may have saved the work for you.

Please do not hesitate to contact me with any questions or concerns that you may have.

Sincerely,

*Ellyn J. Clevenger*

Ellyn J. Clevenger

EMAIL TRANSMISSION ONLY
esrobins@nola.gov

1115 Moody Avenue
Galveston, Texas 77550
409.621.6440
ellynclevenger@gmail.com

1100 Poydras Street
Suite 2610
New Orleans, Louisiana 70163


EXHIBIT 1