UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON REEVES | CIVIL NO. 19-10766 |
| V. | SECTION: T |
| CITY OF NEW ORLEANS, ET AL | MAG: 5 |

FIRST SET OF REQUEST FOR ADMISSIONS

To:  Shannon Reeves
     Thru her attorney
     Ellyn J. Clevenger
     Wendy Manard
     1100 Poydras St. # 2610
     N.O., LA 70163

Request for Admissions from Raymond C. Burkart, Jr. directed to Shannon Reeves to be answered in writing, under oath, and within the delays provided by Federal Rules of Civil Procedure. The answers and items should be sent to Raymond C. Burkart, Jr. 321 N. Florida # 104 Covington, LA 70433. The interrogatories and request for production of items are continuing.

You- refers to Shannon Reeves

1.

Admit or deny defendant Burkart, Jr. was not authorized by the City of New Orleans, Police Department to hire or fire you on the date you were terminated.



EXHIBIT A-1

2.

Admit or deny at the time of your termination, you were not released by your health care provider(s) to perform the job duties of a City of New Orleans Police Officer without restrictions.

3.

Admit or deny subsequent to your termination by the City of New Orleans, you were not released by your health care provider(s) to perform the job duties of a New Orleans Police Officer without restriction(s).

4.

Admit or deny your termination was caused by your inability to perform duties required of you as a New Orleans Police Officer without restriction(s).

5.

Admit or deny your termination was not the result of disciplinary action taken by defendant Burkart.

6.

Admit or deny you were not the subject of a disciplinary investigation (commonly referred to as a DI-1) by the Police Department at the time you received your letter of termination.

7.

Admit or deny your termination was not the result of disciplinary action taken by the Superintendent of Police.

8.

Admit or deny defendant Burkart, Jr. was not listed as a violating party in your EEOC or ADA Complaints.

9.

Admit or deny your claim for workers compensation benefits was denied by the City of New Orleans.

10.

Admit or deny your administrative appeal in Case # 8804 before the New Orleans Civil Service Commission for reinstatement to the position of Police Officer was dismissed as a result of you and your attorney's failure to appear for the hearing and prosecute your appeal on April 30, 2019.

11.

Admit or deny you did not apply for employment with the City of New Orleans after your termination by the Superintendent of Police.

Raymond C. Burkart, Jr., Attorney at Law, LLC

By: _____
Raymond C. Burkart, Jr. (#3673)
321 N. Florida # 104
Covington, LA 70433
Tel. # 985.893.3390
Fax # 985.893.3390
Email: burkartr@bellsouth.net

Certificate of Service

I hereby certify a copy of the above discovery requests was sent to Ellyn Clevenger by hand or via fax, email, or U.S. mail postage prepaid on the 7th day of March 2020.

_____
Raymond C. Burkart, Jr.