# RAYMOND C. BURKART, JR., ATTORNEY AT LAW, LLC
### 321 N. FLORIDA ST., SUITE 104
### COVINGTON, LA 70433
### TEL. NO. (985) 893-3390
### FAX (985) 892-4100

April 17, 2020

Ellyn J. Clevenger, Esq.
Wendy Manard
1100 Poydras St. # 2610
New Orleans, LA 70163

Re:   Reeves v. City of New Orleans, et al 19-10766 USDCED (I-5)
      Via email

Dear Ms. Clevenger:

This correspondence will acknowledge receipt of your email dated April 17, 2020 at 10:36 am.

Although your response is evasive, I feel to continue my efforts to have a conference will evolve into nothing more than another delay tactic.

I will seek guidance from the court.

I do not use Google as my search engine and request you either send me the documents described in your response dated April 16, 2020 to me via my email so I can make a secured download for my files, or send me a disc with the proper responses to my discovery.

Sincerely,

Raymond C. Burkart, Jr.

cc:   E. Hessler
      K. Boyle
      R. Sha
      W. Goode

EXHIBIT C-5