## RULE IX

### DISCIPLINARY ACTIONS

(amended February 9, 1955, July 22, 1975, August 9, 1979, June 10, 1982, January 21, 1988, September 27, 1990, December 14, 2000, adopted November 13, 2002, amended February 17, 2014, effective March 1, 2014)

Section 1.  MAINTAINING STANDARDS OF SERVICE

1.1  When an employee in the classified service is unable or unwilling to perform the duties of his/her position in a satisfactory manner, or has committed any act to the prejudice of the service, or has omitted to perform any act it was his/her duty to perform, or otherwise has become subject to corrective action, the appointing authority shall take action warranted by the circumstances to maintain the standards of effective service.  The action may include one or more of the following:

(a)  termination from the service.  (amended January 21, 1988, effective February 1, 1988)

(b)  involuntary retirement.  (adopted June 10, 1982)

(c)  reduction in pay within the pay grade for the employee's classification, subject to the provisions of Rule IV, Section 3.  A reduction in pay includes involuntary time away from work without pay, no matter how brief (e.g., involuntary leave without pay). (amended September 27, 1990, amended February 17, 2014)

(d)  demotion to any position of a lower classification that the employee is deemed by the Appointing Authority and the Director to be competent to fill, accompanied by a reduction in pay which is within the pay grade range for the lower classification, subject to the provisions of Rule IV, Section 3.  (amended September 27, 1990)

(e)  suspension without pay not exceeding one hundred twenty (120) calendar days.

(f)  fine.

(g)  letters of reprimand as defined in Rule I. (amended February 17, 2014)

(Section 1.1. (a)-(f) and amended June 10, 1982, effective June 10, 1982, Section 1.1 (c) and (g) , amended February 17, 2014, effective March 1, 2014)

1.2  In every case of termination of employment of a regular employee, the appointing authority shall conduct a pre-termination hearing as required by law and shall notify the employee of the disciplinary action being recommended prior to taking the action. (adopted January 21,

**PLAINTIFF'S EXHIBIT 9**

CITY_000004

1988, effective February 1, 1988)

1.3     In every case of termination, suspension, reduction in pay, letter of reprimand, or fine of any employee in the classified service or of involuntary retirement or demotion of the employee, within five (5) working days of the effective date of the action, the appointing authority shall furnish the employee and the Personnel Director a statement in writing of the reasons therefore. The notification also must advise the employee of the possible right of appeal, which must be exercised within thirty (30) calendar days of the date of the disciplinary letter. (amended January 21, 1988, effective February 1, 1988, amended February 17, 2014, effective March 1, 2014)

1.4     In the event that any investigation conducted of any classified employee subject to L.R.S. 40:2531 is anticipated to exceed 60 days, the appointing authority shall, not later than 30 days after commencement of the investigation, advise the Director of the need for an extension of the time within which to complete the investigation pursuant to L.R.S. 40:2531(7). The Director shall assign the matter for the taking of testimony before a hearing officer and notify the appointing authority and the employee their rights to attend the hearing and to present evidence and arguments for or against the extension. The hearing officer shall, upon conclusion of the hearing, either grant or deny the requested extension. The hearing officer's action shall be ratified by the Commission at its next regular meeting. (adopted November 13, 2002, effective December 1, 2002)

91

CITY_000005