UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON REEVES** | **CIVIL NO: 19-10766** |
| **V.** | **SECTION: T** |
| **CITY OF NEW ORLEANS, ET AL** | **MAG:    5** |

EXHIBIT LIST

Now into court, through his undersigned counsel and individually appears defendant Raymond Burkart, Jr. and pursuant to the Court's Order submits the below witness list:

1. Shannon Reeves' termination letter with reasons dated May 23, 2018
2. Physician Certificate Forms (Form 50's) from Shannon Reeves' health care providers beginning 2014 provided to and in custody of the Police Department
3. Medical report from Nicholas G. Pejic, MD dated 11/15/2015
4. Copy of Civil Service Rule IX
5. Notices to Shannon Reeves' of a Rule IX Hearing from 2017 to May 22, 2018, in custody of the Police Department
6. Shannon Reeves' Attendance record and limited duty assignments since May 6, 2014, in custody of the Police Department
7. NOPD Policy No. 1054 adopted 09/15/2015
8. Any item exchanged during discovery

9. Any item listed by any other party as an exhibit.

/s/ Eric J. Hessler_____
Eric J. Hessler
2802 Tulane Ave.
New Orleans, LA 70119
Tel. No. 504.301.9913
Email: hessler.law@gmail.com

Raymond C. Burkart, Jr., Attorney At Law, LLC

By:  /s/ *Raymond C. Burkart, Jr.*
Raymond C. Burkart, Jr. (#3673)
321 N. Florida # 104
Covington, LA 70433
Tel. # 985.893.3390
Fax # 985.893.3390
Email: burkartr@bellsouth.net
          rcbjratty@yahoo.com

Certificate of Service

I hereby certify a copy of the exhibit list was electronically sent to the below listed attorneys on 7/08/20:

| | |
|---|---|
| Ellyn J. Clevenger | Brandon E. Davis |
| Sunni LeBeouf | Rebecca Sha |
| Chester T. Alpaugh, III | Kim M. Boyle |
| Claude A. Schlesinger | Wendy E. Manard |

/s/ *Raymond C. Burkart, Jr.*