## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANNON REEVES** | * | **CIVIL ACTION NO. 2:19-cv-10766** |
| **VERSUS** | * | **SECTION "T"** |
| | | **DISTRICT JUDGE GUIDRY** |
| | | **MAGISTRATE DIVISION "5"** |
| **CITY OF NEW ORLEANS, ET AL.** | * | **MAGISTRATE JUDGE NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>DEFENDANT RHETT CHARLES' WITNESS AND EXHIBIT LIST</u>

NOW INTO COURT, through undersigned counsel, comes Defendant, RHETT CHARLES, who submits the following as his list of witnesses who may be called to testify and exhibits which may be introduced at the trial of the above captioned matter currently set for September 21, 2020, to-wit:

## <u>WITNESS LIST</u>

1. Rhett Charles,
   through counsel of record:
   William L. Goode
   The Goode Law Firm, A P.L.C.
   812 Johnston Street
   Lafayette, LA 70501

   -Defendant herein who can testify about, *inter alia*, the facts of the case, Plaintiff's employment, and the claims set forth in Plaintiff's original and First Amended Complaints herein.

1

2. Shannon Reeves,
   through counsel of record:
   Wendy Manard and Ellyn J. Clevenger
   Energy Centre, 1100 Poydras Street
   Suite 2610
   New Orleans, LA 70163

   -Plaintiff herein who can testify about, *inter alia*, the facts of the case, her employment, and the claims set forth in her original and First Amended Complaints herein.

3. Paul Noel,
   through counsel of record:
   Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
   Phelps Dunbar, LLP
   365 Canal Street, Suite 2000
   New Orleans, LA 70130-6534

   -Defendant herein who can testify regarding, *inter alia*, Plaintiff's employment and claims set forth by Plaintiff in the original and First Amended Complaints herein.

4. Jenerio Sanders,
   through counsel of record:
   Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
   Phelps Dunbar, LLP
   365 Canal Street, Suite 2000
   New Orleans, LA 70130-6534

   -Defendant herein who can testify regarding, *inter alia*, Plaintiff's employment and claims set forth by Plaintiff in the original and First Amended Complaints herein.

5. Walter Powers,
   through counsel of record:
   Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
   Phelps Dunbar, LLP
   365 Canal Street, Suite 2000
   New Orleans, LA 70130-6534

   -Defendant herein who can testify regarding, *inter alia*, Plaintiff's employment and claims set forth by Plaintiff in the original and First Amended Complaints herein.

6. Rannie Mushatt,
   through counsel of record:
   Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
   Phelps Dunbar, LLP
   365 Canal Street, Suite 2000
   New Orleans, LA 70130-6534

   -Defendant herein who can testify regarding, *inter alia*, Plaintiff's employment and claims set forth by Plaintiff in the original and First Amended Complaints herein.

7. Michael Harrison,
   through counsel of record:
   Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
   Phelps Dunbar, LLP
   365 Canal Street, Suite 2000
   New Orleans, LA 70130-6534

   -Defendant herein who can testify regarding, *inter alia*, Plaintiff's employment, claims set forth by Plaintiff in the original and First Amended Complaints herein, and outcome of the investigation against Defendant, Rhett Charles, in connection herewith.

8. Arlinda Westbrook,
   through counsel of record:
   Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
   Phelps Dunbar, LLP
   365 Canal Street, Suite 2000
   New Orleans, LA 70130-6534

   -Defendant herein who can testify regarding, *inter alia*, Plaintiff's employment and claims set forth by Plaintiff in the original and First Amended Complaints herein.

9. Raymond Burkart, Sr.,
   through counsel of record:
   Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
   Phelps Dunbar, LLP
   365 Canal Street, Suite 2000
   New Orleans, LA 70130-6534

   -Defendant herein who can testify regarding, *inter alia*, Plaintiff's employment and claims set forth by Plaintiff in the original and First Amended Complaints herein.

10. Stephanie M. Landry, Deputy Superintendent,
    Management Services Bureau, New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, Plaintiff's employment and City of New Orleans Civil Service Rule IX hearings related thereto.

11. Darryl J. Albert, Commander,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, Plaintiff's employment and other complaints of sexual harassment made by Plaintiff.

12. Christopher Johnson, Sergeant,
    Public Integrity Bureau, New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, investigation of Plaintiff's claims against Defendant, Rhett Charles, and outcome of said investigation.

13. Susan Hutson, Independent Police Monitor
    Office of Independent Police Monitor
    525 St. Charles Avenue
    New Orleans, LA 70130-3049

    -Witness who can testify regarding, *inter alia*, complaints made by Plaintiff during her employment with the New Orleans Police Department, including complaints against Defendant, Rhett Charles.

14. Ursula Price, Independent Police Monitor
    New Orleans Workers Center for Racial Justice
    217 N. Prieur Street
    New Orleans, LA 70112

    -Witness who can testify regarding, *inter alia*, complaints made by Plaintiff during her employment with the New Orleans Police Department, including complaints against Defendant, Rhett Charles.

15. Michael Hughes, Retired Sergeant for the
    New Orleans Police Department
    2418 Athis Street
    New Orleans, LA 70122

    -Witness who can testify regarding, *inter alia*, the facts of the case, Plaintiff's employment, and the claims set forth in Plaintiff's original and First Amended Complaints herein, as well as regarding Sgt. Hughes' supervision of officers in the APR Unit, including Plaintiff, Shannon Reeves, when Defendant, Rhett Charles, was not there and, *inter alia*, that Plaintiff certainly could have but did not make any complaints to him regarding Defendant, Rhett Charles.

16. Ashley Myers, Police Technician,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, during her time in the APR Unit, she never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to her or anyone else in the APR Unit.

6

17. Officer Troy Williams,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, initiation of the complaint against Defendant, Rhett Charles, in October 2016 for allegations made by Plaintiff, Shannon Reeves, based upon hearsay from third parties; Officer Williams did not personally witness any of the allegations himself.

18. Officer Kevin Pozzo,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, he never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to anyone in the APR Unit.

19. Sgt. Hal Amos,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, he never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to anyone in the APR Unit.

20. Sgt. Kenneth Quetant,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, he never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to anyone in the APR Unit.

21. Officer Chris Durning,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, he never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to anyone in the APR Unit.

22. Officer Christopher Cornelius,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, he never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to anyone in the APR Unit.

23. Lashanta Carter, Police Technician,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, she never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to her or anyone else in the APR Unit.

24. Sgt. Aiyana Francis,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, she never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to her or anyone else in the APR Unit.

25. Officer Angelle Clivens,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, she never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to her or anyone else in the APR Unit.

26. Officer Victoria Guidry,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, she never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to her or anyone else in the APR Unit.

27. Officer Keith Ambrose,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify that, *inter alia*, he never heard Defendant, Rhett Charles, make any unprofessional or sexual comments to anyone in the APR Unit.

28. Sgt. Omar M. Diaz, Public Integrity Bureau,
    Criminal Investigation Section,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, initiation of the complaint by Officer Troy Williams in connection with the allegations herewith in October 2016.

29. Officer Enjoli Harris,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, complaint made by Plaintiff against her and Darryl Albert in April 2014.

30. Officer Caroline Dalton,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, Plaintiff's employment.

31. Officer Angel Clemons,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, Plaintiff's employment.

32. Captain Ernest Demma,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

-Witness who can testify regarding, *inter alia*, Plaintiff's employment, as well as the New Orleans Department's policies and procedures.

33. Officer Chris Abbott,
    New Orleans Police Department,
    through counsel of record for the City of New Orleans, LA:
    Kim M. Boyle, Brandon E. Davis, and Rebecca Sha
    Phelps Dunbar, LLP
    365 Canal Street, Suite 2000
    New Orleans, LA 70130-6534

    -Witness who can testify regarding, *inter alia*, Plaintiff's employment, as well as accommodation for employees comparable to Plaintiff who were out for the same or for a longer period of time.

34. Any witness listed by any other party herein.

35. Any witness identified on any document exchanged in discovery, including those witnesses identified by any party in Initial Disclosures.

36. Any other witness who may be called to testify for impeachment purposes.

## **EXHIBIT LIST**

1. Plaintiff's attempts to contact the media, et al., with negative statements about Defendant, Rhett Charles, including, but not limited to, Plaintiff's inquiry to The View via Facebook (p. 1), Facebook post (p. 2), and Plaintiff's personal text to the New Orleans Saints, for whom Rhett Charles worked security, trying to get Rhett Charles fired (pp. 3-4).

2. Attendance and payroll records containing information for Plaintiff kept by Defendant, Rhett Charles, in the ordinary course and scope of his employment as supervisor as follows:  1. June and July 2016 AWP Schedules (pp. 1-3); 2. October 2016 T.R.A.C.E. Unit Schedule (p. 4); 3. New Orleans Police Department 109-R Forms for 08/10/15, 08/16/15, and 08/23/15 (pp. 5-7); 4. ADP Timecard for week of Sunday 06/26/16 to

Saturday 07/09/16 and out-sick e-mails during the time period from 08/24/16 to 11/30/16 (pp. 8-24); and 5. New Orleans Police Department Payroll Reporting System records from 03/13/16 to 05/15/16 (pp. 25-139).

3. Any document exchanged in discovery, including any document produced by any party in Initial Disclosures.

4. Any exhibit listed by any other party herein.

5. Any other documents which may be used for impeachment purposes.

        Respectfully submitted:

        **THE GOODE LAW FIRM, A P.L.C.**
        812 Johnston Street
        P. O. Box 3366
        Lafayette, LA 70502-3366
        Telephone: (337) 234-0600

        s/William L. Goode
BY:_____
        **WILLIAM L. GOODE (#6128)**
        Counsel for Defendant, RHETT CHARLES